UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brandon Trevarus Woods**                                      Docket No. 5:10-CR-273-1FL

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Trevarus Woods, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon; and Possession of a Sawed-Off Shotgun Not Registered in the National Firearms Registration and Transfer Record, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 11, 2011, to the custody of the Bureau of Prisons for a term of 188 months. On February 13, 2012, the term of imprisonment was reduced to 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Brandon Trevarus Woods was released from custody on February 8, 2019, at which time the term of supervised release commenced.

On May 23, 2019, the court was notified of the defendant being charged with Driving While Impaired in Wake County, North Carolina. Woods was continued under supervision with no modification to his conditions of release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 9, 2019, Woods submitted a urine specimen which returned positive for the use of cocaine. The defendant is currently participating in a substance abuse treatment program through First Step Services, Raleigh, North Carolina, and participation in a cognitive behavioral program in conjunction with his continued exposure to substance abuse treatment sessions could prove beneficial. To address this recent non-compliant behavior, and in an effort to assist Woods with making better life decisions, we are recommending that the defendant participate in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Brandon Trevarus Woods**
**Docket No. 5:10-CR-273-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: July 23, 2019 |

## ORDER OF THE COURT

Considered and ordered this __24th__ day of __July__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge